**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| SUNBELT RENTALS, INC., | Case No: 6:26-cv-00515-JSS-NWH |
| Plaintiff, | |
| v. | |
| OLIVER JOSEPH, et al., | |
| Defendants. | |

### DEFENDANTS' DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

> The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

### Recusal Information

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   **Answer:** No publicly-held corporation owns 10 percent or more of BrandSafway, LLC's, BrandSafway Industries LLC, BrandSafway Services, LLC's, or BrandSafway Solutions, LLC's stock.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   **Answer:** None.

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in

the action, or who might appear as a material witness in the action.

**Answer:** None.

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

**Answer:** None.

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

**Answer:** None.

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

**Answer:** None.

## Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

If the filer is a **corporation**, the filer must identify its place of incorporation and its principal place of business.

If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify the filer's state of incorporation, the filer's principal place of business, and the insured's citizenship.

If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.

If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a),

state the filer's citizenship.

**Answer:** Defendant Oliver Joseph is a citizen of the state of Florida.

Defendant BrandSafway, LLC states that it is a foreign limited liability company incorporated in the State of Delaware with its principal place of business in Georgia. The sole member of BrandSafway, LLC is Brand Industrial Projects LLC, incorporated in Delaware. The sole member of Brand Industrial Projects LLC is BrandSafway Shared Services LLC, incorporated in Delaware. The sole member of BrandSafway Shared Services LLC is Brand Industrial Services, Inc., which is incorporated in Delaware.

Defendant BrandSafway Industries LLC, states that it is a Delaware limited liability company, with its principal place of business in Georgia. The sole member of BrandSafway Industries LLC is Brand Industrial Projects LLC, incorporated in Delaware. The sole member of Brand Industrial Projects LLC is BrandSafway Shared Services LLC, incorporated in Delaware. The sole member of BrandSafway Shared Services LLC is Brand Industrial Services, Inc., which is incorporated in Delaware.

Defendant BrandSafway Services, LLC, states that it is a Delaware limited liability company, with its principal place of business in Georgia. The sole member of BrandSafway Services, LLC is Safway Group Holding LLC, incorporated in the State Delaware. The sole member of Safway Group Holding LLC is Brand Industrial Services, Inc., which is incorporated in Delaware.

Defendant BrandSafway Solutions, LLC is a Texas limited liability company, with its principal place of business in Georgia. The sole member of BrandSafway Solutions, LLC is Safway Group Holding LLC, incorporated in the State Delaware. The sole member of Safway Group Holding LLC is Brand Industrial Services, Inc., which is incorporated in Delaware.

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

**Answer:** None.

3

### Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

DATED: May 26, 2026                           Respectfully submitted,

By: */s/ Nicholas L. Sellars*
    Nicholas L. Sellars
    Florida Bar No. 0119379
    nsellars@petersonmyers.com
    Stephen R. Senn
    Florida Bar No. 0833878
    ssenn@petersonmyers.com
    PETERSON & MYERS, P.A.
    Post Office Box 24628
    Lakeland, FL 33802-4628
    Telephone: (863) 863-6511

By: */s/ Robert C. Stevens*
    Robert C. Stevens*
    Georgia Bar No. 680142
    bstevens@seyfarth.com
    Travis M. Cashbaugh*
    Georgia Bar No. 380162
    tcashbaugh@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree St. NE, Suite 2500
    Atlanta, GA 30309-3958
    Telephone: (404) 885-1500
    Facsimile:(404) 892-7056

    *Admitted p*ro hac vice*

    *Attorneys for Defendants*

4

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SUNBELT RENTALS, INC.,

    Plaintiff,

    v.

OLIVER JOSEPH, et al.,

    Defendants.

Case No: 6:26-cv-00515-JSS-NWH

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically filed DEFENDANTS' DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03 with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

*s/ Nicholas Sellars*
Counsel for Defendants

5

325914379v.1