## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| SUNBELT RENTALS, INC., | Case No: 6:26-cv-00515-JSS-NWH |
| Plaintiff, | |
| v. | |
| OLIVER JOSEPH, BRANDSAFWAY LLC, BRANDSAFWAY INDUSTRIES LLC, BRANDSAFWAY SERVICES LLC, and BRANDSAFWAY SOLUTIONS, LLC, | |
| Defendants. | |

## DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

Defendants BrandSafway LLC, BrandSafway Industries, LLC, BrandSafway Services, LLC, and BrandSafway Solutions, LLC ("BrandSafway Defendants") and Oliver Joseph ("Joseph," with BrandSafway Defendants are collectively referred to as "Defendants"), by and through their undersigned attorneys, and pursuant to the Court's Order to Show Cause, Dkt. 46, file this Response to Order to Show Cause, and state as follows in support:

1. On April 16, 2026, Defendants made their appearance in this case. More specifically, on April 16, 2026, Defendants filed: (1) Defendants' Motion to Dismiss Plaintiff's Complaint and Alternatively Motion for More Definitive Statement ("Motion to Dismiss"), Dkt. 31; and (2) Defendants' Motion for Extension of Time to File Response to Plaintiff's Amended Motion for Preliminary

Injunction ("Motion to Extend"), Dkt. 32.

2.      Following the Court's April 23, 2026, Order directing Defendants to file a response to the Plaintiff's Amended Motion for Preliminary Injunction on or before May 1, 2026, Defendants filed their Opposition to Plaintiff's Amended Motion for Preliminary Injunction ("Response to Injunction Motion"), Dkt. 42.

3.      On May 14, 2026, this Court entered its Order to Show Cause ("Order to Show Cause"), Dkt. 46, wherein the Court directed Defendants to file a Disclosure Statements as previously required by the Court's March 9, 2026, Order, Dkt. 11, and file a response to the Order to Show Cause.

4.      As required by the Order to Show Cause, Defendants' counsel promptly conferred with all Defendants and prepared and filed the required Disclosure Statement on May 26, 2026, Dkt. 47.

5.      Undersigned counsel for Defendants expresses their sincerest apologies to the Court for inadvertently overlooking the Court's March 9, 2026, Order, entered on the docket prior to Defendants' appearance, requiring the filing of the Disclosure Statement within fourteen (14) days of the Defendants' appearance in this case. Due to the various filings in this case, including the Motion to Dismiss, Motion to Extend, and Response to Injunction Motion, and other hearings and deadlines in other cases, undersigned failed to calendar the required date for the Disclosure Statement and inadvertently overlooked the Court's March 9, 2026, Order, Dkt. 11.

6.      Defendants' failure to file the required Disclosure Statement was due

to undersigned counsel's inadvertent mistake and was not the product of a disregard of this Court's Order and Deadlines. Defendants and undersigned counsel will ensure to timely comply with all further Orders entered by this Court.

7.      Accordingly, given that the failure to timely file the Disclosure was due to undersigned's inadvertent mistake and failure, as opposed to a deliberate action by Defendants themselves, undersigned counsel and Defendants respectfully request that the Court discharge and close the Order to Show Cause.

WHEREFORE, Defendants respectfully request that the Court enter an Order discharging and closing the Order to Show Cause, Dkt. 46, and enter such other and further relief the Court deems necessary and proper.

*[Signatures on Following Page]*

3

Respectfully submitted,

By: */s/ Nicholas L. Sellars*
    Nicholas L. Sellars
    Florida Bar No. 0119379
    nsellars@petersonmyers.com
    Stephen R. Senn
    Florida Bar No. 0833878
    ssenn@petersonmyers.com
    PETERSON & MYERS, P.A.
    Post Office Box 24628
    Lakeland, FL 33802-4628
    Telephone: (863) 863-6511


By: */s/ Robert C. Stevens*
    Robert C. Stevens*
    Georgia Bar No. 680142
    bstevens@seyfarth.com
    Travis M. Cashbaugh*
    Georgia Bar No. 380162
    tcashbaugh@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree St. NE, Suite 2500
    Atlanta, GA 30309-3958
    Telephone: (404) 885-1500
    Facsimile:(404) 892-7056

    *Admitted *pro hac vice*

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 26th day of May, 2026, I electronically filed the foregoing using the Court's CM/ECF system, and that service was provided by electronic mail to all parties of record.

    */s/ Nicholas L. Sellars*
    Nicholas L. Sellars

4