

**Christopher M. Kurek**
Direct Dial: 215.665.3092
Christopher.Kurek@obermayer.com
www.obermayer.com

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
P: 215.665.3000
F: 215.665.3165

May 27, 2026

<u>**Via ECF**</u>
The Honorable Julie S. Sneed, U.S.D.J.
United States District Court for the Middle District of Florida
Orlando Division
George C. Young Federal Annex Courthouse
401 West Central Boulevard
Orlando, Florida 32801

> Re:    **Sunbelt Rentals, Inc. v. Oliver Joseph, et al.**
>        **Civil Action No. 6:26-cv-515-JSS-NWH**

Dear Judge Sneed,

This firm represents Plaintiff, Sunbelt Rentals, Inc. in the above referenced matter. Pursuant to the Court's Initial Case Order (ECF 11), the parties Case Management Report is due to be filed with the Court today, May 27, 2026. Please accept this letter as Plaintiff's request for a short extension to file the Case Management Report until Friday, May 29, 2026. I have consulted with Defendants' counsel who has consented to this request.

We thank Your Honor for your consideration of this request.

Respectfully Submitted,

Christopher M. Kurek

cc: Travis Cashbaugh, Esq. (via ECF)

4935-6005-2655 v1