# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### ORLANDO DIVISION

| | | |
|---|---|---|
| **SUNBELT RENTALS, INC.,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO.:** |
| | : | **6:26-cv-00515-JSS-NWH** |
| **OLIVER JOSEPH,** | : | |
| **BRANDSAFWAY LLC,** | : | |
| **BRANDSAFWAY** | : | |
| **INDUSTRIES LLC, BRANDSAFWAY** | : | |
| **SERVICES LLC, and BRANDSAFWAY** | : | |
| **SOLUTIONS, LLC,** | : | |
| | : | |
| Defendants. | | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated by and between the undersigned counsel that:

1. Plaintiff filed an Amended Complaint (ECF No. 29) on March 27, 2026.

2. Defendants filed a Motion to Dismiss the Amended Complaint and Alternatively Motion for More Definite Statement (ECF No. 31) on April 16, 2026, and that Motion was denied (ECF No. 53).

3. Counsel for Defendants have represented that Defendant Oliver Joseph is employed solely by BrandSafway Solutions, LLC, and that the remaining BrandSafway entities named in the Amended Complaint (BrandSafway LLC, BrandSafway Industries LLC, and BrandSafway Services LLC) have no connection to the allegations in this case.

4. Based upon counsel's representations, Plaintiff has agreed to dismiss the following Defendants from the pending action without prejudice:

4899-2573-7650 v1-6/3/26
326479379v.1
4938-9795-7556 v1

    a.  BrandSafway LLC;

    b.  BrandSafway Industries, LLC; and

    c.  BrandSafway Services LLC.

5.      Counsel for Defendants agree that the remaining corporate Defendant, BrandSafway Solutions, LLC, is Defendant Joseph's employer. Counsel for Defendants further agree that Defendants will make no argument that BrandSafway Solutions, LLC is not the proper employer of Joseph in this case, or that the Court lacks jurisdiction over BrandSafway Solutions, LLC.

6.      Should discovery reveal that any of the dismissed entities employed Defendant Joseph (either alone or jointly with any other entity), or were involved directly or indirectly in the wrongdoing alleged in the Amended Complaint (including but not limited to directing, aiding, and assisting Defendant Joseph to violate the terms of his Employment Agreement with Plaintiff) this Stipulation shall not be deemed to prevent Plaintiff from amending the complaint to name additional entities.

Respectfully submitted this 12th day of June, 2026.

*[Signatures on following page]*

2

4899-2573-7650 v1-6/3/26
326479379v.1
4938-9795-7556 v1

**SEYFARTH SHAW LLP**

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

*/s/ Travis M. Cashbaugh*
Robert C. Stevens*
Georgia Bar No. 680142
bstevens@seyfarth.com
Travis M. Cashbaugh*
Georgia Bar No. 380162
tcashbaugh@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree St. NE, Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile:(404) 892-7056

*/s/ Christopher M. Kurek*
Ivo J. Becica, Esq.*
Michael S. Pepperman, Esq.*
Christopher M. Kurek, Esq.*
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Center Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101
215.665.3092
215.665.3165 fax
Ivo.becica@obermayer.com
Michael.pepperman@obermayer.com
Christopher.kurek@obermayer.com

*Admitted *pro hac vice*

* Admitted *pro hac vice*

*Attorneys for Defendants*

*Attorneys for Plaintiff*

3

4899-2573-7650 v1-6/3/26
326479379v.1
4938-9795-7556 v1