UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNBELT RENTALS, INC.,

    Plaintiff,

v.                                                                Case No: 6:26-cv-515-JSS-NWH

OLIVER JOSEPH, BRANDSAFWAY,
LLC, BRANDSAFWAY
INDUSTRIES, LLC,
BRANDSAFWAY SERVICES, LLC,
and BRANDSAFWAY SOLUTIONS,
LLC,

    Defendants.
_____/

## **ORDER**

The parties have filed a joint stipulation of dismissal as to Defendants BrandSafway LLC, BrandSafway Industries, LLC, and BrandSafway Services LLC. (Dkt. 56.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action . . . by filing . . . a stipulation of dismissal signed by all parties who have appeared."). Rule 41(a)(1)(A)(ii) "requir[es] each and every party that has thus far appeared in [the] lawsuit"—including "a party that appeared but has already been removed from [the] action"—"to sign [the] stipulation of dismissal." *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023). Here, all the parties that have appeared signed the stipulation through their legal counsel. (*See* Dkt. 56.) Thus, the requirements for dismissal under Rule 41(a)(1)(A)(ii) are met.

Accordingly:

1.    This case is DISMISSED without prejudice as to Defendants BrandSafway

LLC, BrandSafway Industries, LLC, and BrandSafway Services, LLC.

2.    The parties shall bear their own costs and attorney fees.

3.    The Clerk is DIRECTED to terminate Defendants BrandSafway LLC,

BrandSafway Industries, LLC, and BrandSafway Services, LLC as parties to

this action.

**ORDERED** in Orlando, Florida, on June 15, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

- 2 -